**No. 46324.**—Protest 722041–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 30942 and 29855 the claim at 40 percent under paragraph 339 was sustained.